```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 8 2007
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 27, 2007

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED. The conference is scheduled for 10/2/07 at 10:30 am in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 9/28/07 until 10/2/07 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public in a speedy trial. So Ordered.

**MEMO ENDORSED**

Re: United States v. Rebolledo-Duque, et. al.,
    07 Cr. 880 (PAC)

SO ORDERED: 9/28/07

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dear Judge Crotty:

Enclosed please find Indictment 07 Cr. 880 (PAC), which was originally assigned to Judge Kram, but was re-assigned to Your Honor earlier today. The Indictment charges two defendants, Camilo Rebolledo-Duque and Jose Ricaute Cobo, in two counts with participating in a narcotics conspiracy, and with distributing and possessing with intent to distribute heroin. The defendants were previously presented on a complaint (07 Mag. 1415) before Magistrate Judge Katz on August 24, 2007, and were arraigned on the Indictment before Magistrate Judge Maas earlier today.

A pre-trial conference has been scheduled for Tuesday, October 2 at 10:30 a.m. before Your Honor. Accordingly, the Government respectfully requests that time be excluded from speedy trial calculations until that date in order for the parties to discuss a possible disposition and for the Government to prepare discovery. Roland Thau, Esq., counsel for defendant Rebolledo-Duque, and Todd Merer, Esq., counsel for defendant Ricaute Cobo, have no objection.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Marissa Molé
Marissa Molé
Assistant United States Attorneys
(212) 637-2275

cc: Roland Thau, Esq.
    Todd Merer, Esq.
Encl.