# TODD M. MERER

ATTORNEY AT LAW

41 MADISON AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10010
—
(212) 683-2525
FAX: (212) 213-9786
E-MAIL: toddmerer@aol.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07
```

October 29, 2007

Honorable Paul A. Crotty
United States District Judge
500 Pearl Street
New York, New York 10007

      Re: USA -v- Jose Recaute Cobo
           <u>07-cr-880 (PAC)</u>

Dear Judge Crotty:

I have just received the discovery material and sent them to my client in the MDC. Because there are numerous recordings it will take some time before he and I can evaluate them properly. Therefore I am requesting that the status conference presently scheduled for Wednesday, October 31, 2007 at 4:#0 be rescheduled for sometime following December 4, 2007, at a time convenient to the Court.

It is my understanding that both AUSA Mole and co-counsel Roland Thau are in accord with this request. If it is granted I hereby waive speedy trial time until the adjourned date.

**MEMO ENDORSED**

Respectfully submitted,

Todd M. Merer

Application GRANTED. The conference is adjourned to 12/6/07 at 3:00 pm in Courtroom 20C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 10/31/07 until 12/6/07 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public in a speedy trial. So Ordered.

SO ORDERED: 10/29/07

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE