# TODD M. MERER
### ATTORNEY AT LAW
41 MADISON AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10010

(212) 683-2525
FAX (212) 213-0786
E-MAIL toddmerer@aol.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 9 2008
```

BY FAX TO:  (212) 805-6304

April 8, 2008

Honorable Paul A. Crotty
United States District Judge
500 Pearl Street
New York, New York 10007

       Re: USA -v- Jose Recaute Cobo
           07-cr-880-02(PAC)

Dear Judge Crotty:

Mr. Cobo is currently scheduled for sentence on April 14, 2008. I am requesting an adjournment because I received the PSR on April 7 and require time to review it with Mr. Cobo, and because I require additional time to prepare for a sentencing hearing; at issue the Government's conclusion that Mr. Cobo is not entitled to safety-valve relief pursuant to Guidelines 2D1.1(b)(11).

AUSA Mole informs me she has no objection to this request. If it is convenient for the Court may I suggest a date sometime during the week of May 12, 2008.

                        Respectfully submitted,

                        Todd M. Merer

cc: AUSA Mole @ (212) 637-2387

**MEMO ENDORSED**

Application GRANTED. The sentencing is adjourned to 5/14/08 at 2:30 pm in Courtroom 20C.

SO ORDERED: 4/9/08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE