```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 8 2008
```

# TODD M. MERER
ATTORNEY AT LAW
41 MADISON AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10010

(212) 683-2525
FAX: (212) 213-3700
E-MAIL: toddmerer@aol.com

BY FAX TO:    (212) 805-6305

May 8, 2008

Honorable Paul A. Crotty
United States District Judge
500 Pearl Street
New York, New York 10007

        Re:  USA -v- Jose Recaute-Cobo
            07-cr-880-2(PAC)

Dear Judge Crotty:

This matter is currently scheduled for sentencing on May 12. *With the consent of AUSA Marissa Mole I am requesting an adjournment to Tuesday, June 10, 2008, at four PM, a date I am told is suitable for the Court.

AUSA Mole has informed me that she does not deem Mr. Cobo eligible for safety valve relief because he was not truthful at a proffer. I disagree with this conclusion and believe there is no basis in fact for it. Therefore I am requesting a hearing as to this issue, and respectfully ask that the Court direct the Government to produce the case agent(s) rather than to proffer their affidavits.

                Respectfully submitted,

                Todd M. Merer

TMM/lc

cc: AUSA Mole @ FAX No. (212) 805-2387
    Roland Thau, Esq. @ FAX No. (212) 571-0392

*as to the adjournment only*

*Application GRANTED. The sentencing is adjourned to 6/10/08 at 4:00 pm in Courtroom 20-C.
SO ORDERED: MAY 0 8 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE*

**MEMO ENDORSED**

TOTAL P.003