**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 17, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 8 2008
```

**BY FACSIMILE**

Honorable Paul A. Crotty
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Todd Merer, Esq.
41 Madison Avenue
Fifth Floor
New York, New York 10010

Roland Thau, Esq.
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

Application GRANTED. The hearing is adjourned to 7/15/08 at 10:00 am in Courtroom 20C.

SO ORDERED: JUN 1 8 2008

*/s/ Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

Re: <u>United States v. Rebolledo-Duque et. al.</u>,
07 Cr. 880 (PAC)

Dear Judge Crotty and Counsel:

At the conference on June 11, 2008, the Court set a hearing date of Thursday, July 10, 2008, in order to determine whether the defendants are eligible for safety valve relief in this case. With apologies to both the Court and defense counsel, the Government has since discovered that the Drug Enforcement Administration ("DEA") agent who attended the safety valve proffers, Special Agent Dudley Harris, will be away on that date.

The Government therefore respectfully requests that the hearing be held on the following Tuesday, July 15th. Defense counsel for both defendants, Todd Merer and Roland Thau, have no objection to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: */s/ Marissa Molé*
Marissa Molé
Assistant United States Attorneys
(212) 637-2275

TOTAL P.02